*Receipt 149710*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-25576 |
| | ) | |
| KENYADA GRIFFIN | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: MORGENSTERN-CLARREN |
| Debtor | ) | |

### TRANSMITTAL OF UNCLAIMED FUNDS

Alan J. Treinish, Trustee of this Estate, reports the following:

Ninety days have passed since the Final Distribution was made in this case. A Stop Payment has been issued on the following check:

Bank of America Account No. 4429282353

10/20/09 Check No. 115 payable to Great Lakes Higher Ed in the amount of $21.05

1. Your Trustee's check number 117 in the amount of $21.05 payable to the Clerk of the United States Bankruptcy Court is attached to this report.

Date: January 22, 2010

ALAN J. TREINISH, Trustee

05-25576-pmc    Doc 46    FILED 01/25/10    ENTERED 01/25/10 15:24:07    Page 1 of 1